CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Juan Alberto Maldonado Ramos**<br>DOB: 1998; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>26-08481MJ |
|---|---|

Complaint for violation of Title 18, United States Code, §§ 922(g)(5)(A) and 924(a)(8)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

<u>**COUNT 1:**</u> On or about January 14, 2026, at or near Tucson, in the District of Arizona, the defendant, **Juan Alberto Maldonado Ramos**, knowing that he was an alien unlawfully in the United States, did knowingly possess, in and affecting interstate or foreign commerce, a firearm, to wit: one (1) Taurus G2c 9mm caliber pistol, serial number ABD484317; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 14, 2026, **Juan Alberto Maldonado Ramos** was stopped by a Tucson Police Department ("TPD") officer at West Drexel Road and South Santa Clara Avenue in Tucson, Arizona, for a civil traffic infraction. **Maldonado Ramos** was the driver of the vehicle. The TPD officer asked **Maldonado Ramos** if there were any weapons in the car to which **Maldonado Ramos** stated that there were. **Maldonado Ramos** informed the officer that he had a firearm in his waistband. When asked for identification, **Maldonado Ramos** presented the TPD officer with a United States Border Crossing Card (B1/B2 Visa), which had expired on June 29, 2024. The TPD officer had **Maldonado Ramos** step out of the vehicle, at which point he took custody of the firearm, which was in **Maldonado Ramos**'s front waistband. The firearm was found to be a Taurus G2c 9mm caliber pistol, serial number ABD484317. The firearm had seventeen (17) 9mm caliber rounds of ammunition with one being in the chamber.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>COMPLAINT REVIEWED by AUSA *Lizano* | SIGNATURE OF COMPLAINANT<br>CHRISTOPHER M CRAVENS    Digitally signed by CHRISTOPHER M CRAVENS<br>Date: 2026.01.15 09:51:47 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br><br>Special Agent Christopher Cravens, HSI |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 15, 2026 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

In a post-*Miranda* interview, **Maldonado Ramos** admitted that he was given the firearm for his protection by an unknown person on January 12, 2026.  **Maldonado Ramos** said that he asked someone if he could purchase a firearm from a store, and they said he could but someone else would have to sign all the paperwork for him.  When asked, he stated that he thought someone had to sign the paperwork for him for administrative purposes.  **Maldonado Ramos** stated that he thought that he could legally carry a firearm in the United States.  **Maldonado Ramos** stated that he was aware that his visa had expired and that he was in the United States unlawfully.

Record queries through Department of Homeland Security databases confirmed **Maldonado Ramos** is a Mexican citizen who was granted admission into the United States on April 26, 2024, as a valid B1/B2 Border Crossing Card Non-Immigrant visa holder.  His B1/B2 Border Crossing Card was issued on June 30, 2014, and it expired on June 29, 2024.

An ATF firearms nexus expert conducted a preliminary examination of the firearm found on **Maldonado Ramos**'s person.  The nexus expert determined that the firearm was not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.